**FILED**
CLERK, U.S. DISTRICT COURT
9/12/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____VAV_____ DEPUTY

FULL NAME: Jerry Binkley

COMMITTED NAME (if different):

FULL ADDRESS INCLUDING NAME OF INSTITUTION: 3693 Sage Ave Yucca Valley 92284

PRISON NUMBER (if applicable): AI7434

*Due To Sitting IN Jail mail Address Different Sisters home, 1717 W 243rd St Lomita, Cal - co Carilyn Jergeson*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF,

v.

DEFENDANT(S).

CASE NUMBER
Book No: 2109340166
*To be supplied by the Clerk*
5:22-cv-01620-MEMF-MAA

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** (Check one)
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

I've Been Beaten with Flashlights Left Almost permanently retarter Harrassed 37 years Suffered Constant Abuse by Cops Currently I'm in Jail for getting mad about, tall I got mad at our govenor cause He said he did not give a shit. 10 years Ago I was Attacked in my yard in the dark by 5 killers I Cut one of Them and was prosecuted for protecting me and my girlfrend They were Killers and The cop Took Side with the killers cause They were in on the Attack Attempt to kill me in the Dark were also tryen to get my girlfeend I lost onership of my Home. Due to This Evil Behavior 5 dangerous killer are STill free Today IT was a green light Attempt murder please Help need lawyer →

Jerry Binkley

I Live at 3693 Sage Ave in Yucca Valley, CA 92284 But I'm in Jail so correspond Through my Sisters Address Left in paperwork

I'm not good with this kind of paperwork and Need Help!

I have no money Due to my surcumstances

I'm fighting my case Next court date 10-18-22 at Juashua Tree court They've Been victomizing me for 30 years Lapd smashed Skull in with flashlights in 1990-91 inlarged pupil Left Side 3 years left insane homeless on streets for years I'm currently in San Bernadino Jail Down Town West Val Det Center 9500 ETiwanda Ave Rancho Cucamonga, CA 91739

a. Parties to this previous lawsuit:
   Plaintiff _____

   Defendants _____

b. Court _Joshua Tree Chp and police Arrested me in my home_

c. Docket or case number _____

d. Name of judge to whom case was assigned _Cortez_

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _Still pending_

f. Issues raised: _I was provoked To Anger and I'm Bipoldr Terror Threats To a government official_

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes  ☒ No

   If your answer is no, explain why not _reached out To Gov Nor office Arrested for Terrorist Threats After insulted By Them_

3. Is the grievance procedure completed? ☐ Yes  ☐ No

   If your answer is no, explain why not _No file Greavence ever Flash light Beating 40 years Terror Police Harrass_

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _Jerry Lee Binkley_
                                                        (print plaintiff's name)
who presently resides at _West Valley San Berdo Jail_
                         (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at _yucca Valley police CHP SWAT 60 cops_
(institution/city where violation occurred)

---

CV-66 (7/97)                  CIVIL RIGHTS COMPLAINT                  Page 2 of 6

*All [illegible] CHP involved Don't know names*
*I'm on mental Drugs ordered By Cortez*

on (date or dates) _____, _____, _____.
                     (Claim I)          (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant **Judge Cortez & police** resides or works at
   (full name of first defendant)
   **Joshua Tree police CHP SWAT**
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

2. Defendant **Leaders of CHP & police SWAT** resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

3. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

4. Defendant S *yucca valley police* _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

5. Defendant S *yucca Valley Chp* _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

**All Rights Ignored**

D. CLAIMS*

CLAIM I

The following civil right has been violated:

1st 4th 14 Amendments Violated They Ignore All Rights yuccavalle police Harassment Terror 30 years retaleation and violation selective malishious prosecutions worse recently last 10 years All Arrest Not valid check past 10 years They've Coasted me Im Broke No money Car lisence I will Be Homeless Need Help They Tell lies And Twisted storys Defomd of Character Bewhare of lies They are Crooked Capeable of Anything Tried To get me Killed Local Chp Also Involved This Time

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

There All involved cause whats Been done to me is imbarrassing And Evil There Tring to Hide There Evil Behaviors All of Them most of Them some just do nothting I need a lawer But have No money Due to my Circumstances and im in Jail for getting mad At The Gov office they did not care and were rude to me lost my temper got Arrested for Criminal threats I Conside the Charges To Be eroniouse Cause I should Be Angry By Now

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

30 million Dollars please

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Flash light Beating 1991 Terror and Harrassment Every Since malishious Selective prosecutions Every Since the Beating 35 years of police Harrassment Severe Brain injury 1991 Beating 1 inch lumps all over the head Current Harrassment at a High point right Now Attempts To get me Killed Also too Severe mental proublems from Beating And Terror At There Hands 35 years of Being Ignored of All Crimes aginst me San Bernadino County 30 years of Selective malishous prosecutions forced To plead Guilty of many Times or you Get a long sentence for pleading not Guilty just Did 6 years in prison for fighting off 5 Killers in The Dark 10 years ago in my yard in The Darkness IN The wilderness several fake Arrests since They offered me 2 years in Jail for Hurting 1 of 5 Attackers in the Dark I fought The case And lost some How and received 7 years in Jail proublems are current with Them And obvious Harrassment To much To go into details for doing whats right my rights Have Been ignored

7-17-21
(Date)

Jessy Brinkley
(Signature of Plaintiff)

c/o/Wergtson
Jerry Binkley 2109340166
9500 Etiwanda Ave
Rancho Cucamonga, CA 91730

United States District Court
Central District of California
312 North Spring Street room G-8
Los Angeles, California

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 12 2022
CENTRAL DISTRICT OF CALIFORNIA